IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEVI MICAH BARTER, G52020. | ) | |
| Petitioner(s), | ) | No. C 14-0075 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| JERRY BROWN, Governor, et al., | ) | (Docket #3) |
| Respondent(s). | ) | |

Petitioner, a prisoner at Kern Valley State Prison (KVSP), has filed a pro se petition for a writ of mandamus compelling Governor Brown and the warden of KVSP to process and grant his prison appeals.  A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants/respondents named reside, in the counties of Sacramento and Kern, which lie within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).   Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  Jan. 28, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\OTHER.14\Barter, L.14-0075.transfer.wpd